IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLYDE A. HARRIS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 13-1663 |
| ) | |
| ASTELLAS PHARMACEUTICALS a/k/a ) | |
| and d/b/a ASTELLAS PHARMA US, INC., ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

AND NOW, this 24th day of September, 2015, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 24) and memorandum, statement of facts, and appendix of record evidence in support thereof (Doc. Nos. 25, 26 and 27), filed in the above-captioned matter on October 31, 2014, and in further consideration of Plaintiff's response thereto (Doc. No. 31), filed on January 2, 2015, and in consideration of Defendant's reply, counter statement of facts, and supplemental appendix of record evidence in support thereof (Doc. Nos. 32, 33 and 34), filed on January 30, 2015,

IT IS HEREBY ORDERED that said Motion is GRANTED for the reasons set forth in the Court's Memorandum Opinion filed herewith. Summary Judgment is granted in favor of Defendant as to all counts.

s/Alan N. Bloch
Alan N. Bloch
United States District Judge

ecf: Counsel of Record